UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-35(DSD/JMM)

Valeriu Zamfir,

Plaintiff,

v.

**ORDER OF REFERENCE**

Bloomington Police Department, et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant City of Bloomington's Rule 12(b)6 motion for dismissal or alternatively for summary judgment which has been filed in this matter. Any such motions shall be for heard before Magistrate Judge John M. Mason.

Dated: February 22, 2000

David S. Doty, Judge
United States District Court

FILED FEB 22 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______