# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Valeriu Zamfir,

Case No. Civil 00-35 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Bloomington Police Department,
Hennepin County Medical Center,
et al

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The motions of defendants Bloomington Police Department, Anoka Metro Regional Treatment Center, and Hennepin County Medical Center to dismiss are granted.

Plaintiff's complaint is dismissed with prejudice.

Plaintiff's motion for a hearing is denied as moot.

DATE: July 19, 2000

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

(19)